

**The Pierce Law Firm, LLC**

*"Protecting the Adventure"*™

Email:  wpierce@adventurelaw.com
Direct:  410-573-9959

February 11, 2014

**Via ECF**

Joseph C. Spero
United States Magistrate Judge

Re:    John Doe I v. Butler Amusements, Inc.
       Case No. 13-cv-03027-JCS

Dear Judge Spero:

        In accordance with N.D. Cal. Civil L.R. 16-10 (a), I request permission to participate by telephone during the case management conference, now scheduled for 2 PM PST, Friday, February 14, 2014.

        Pursuant to the Court's calendar scheduling notes, I anticipate being available at landline #954-463-2500 in conjunction with a conference in Fort Lauderdale, Florida.  I will update the courtroom deputy if a supplemental number is more effective.  I further understand that we will be on standby until the case is reached.

        This case was previously assigned to Judge White, and it came on for a case management conference on January 3, 2014.  Judge White indicated that the agreed dates in the case management order would follow the case.  Defendant's only request is that the trial date be scheduled earlier, as originally agreed by the parties.  As currently scheduled, the trial falls during the middle of the defendant's busiest "fairs" season.

        Opposing counsel has indicated that he has no objection to this request.

Dated: 2/12/14

*UNITED STATES DISTRICT COURT*
*IT IS SO ORDERED AS MODIFIED*
*Judge Joseph C. Spero*
*NORTHERN DISTRICT OF CALIFORNIA*

Sincerely,

R. Wayne Pierce

P:\Butler Amusements\Class Action\Pleadings\2014.0211 – Request for Telephonic Appearance.doc

133 Defense Highway, Suite 106, Annapolis, Maryland 21401-7015    410-573-9955••Fax 410-573-9956    www.adventurelaw.com