# THE PIERCE LAW FIRM, LLC



Email: WPierce@AdventureLaw.com
Direct: 410-573-9959

December 5, 2014

**Via ECF**

Joseph C. Spero
United States Magistrate Judge

Re:   John Doe I v. Butler Amusements, Inc.
      Case No. 13-cv-03027-JCS

Dear Judge Spero:

In accordance with N.D. Cal. Civil L.R. 16-10 (a), I request permission to participate by telephone during the case management conference, now scheduled for 10:30 AM PST, Friday, December 12, 2014.

Pursuant to the Court's calendar scheduling notes, I anticipate being available at landline #410-573-9955 in my office. I will update the courtroom deputy if a supplemental number is more effective. I further understand that we will be on standby until the case is reached.

This case came on for a case management conference on February 14 and April 25, 2014. Plaintiffs' counsel and I have discussed the issues and are in accord.

Opposing counsel has indicated that she has no objection to this request.

Dated: 12/9/14



Sincerely,

R. Wayne Pierce

R. Wayne Pierce

P:\Butler Amusements\Class Action\Pleading – 2014.1205 – Request for Telephonic Appearance.doc

*"Protecting the Adventure"™*