UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JOHN DOE I, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>BUTLER AMUSEMENTS, INC.,<br><br>    Defendant.<br>_____/ | No. C 14-3027 JCS<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:        December 19, 2014<br>Mediator:  Eric Tate |

IT IS HEREBY ORDERED that the request to excuse plaintiffs John Doe I and II from appearing in person at the December 19, 2014, mediation before Eric Tate is GRANTED. Plaintiffs shall be available to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

IT IS SO ORDERED.

December 16, 2014         By:  _____
Dated                                             Maria-Elena James
                                                   United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California