Jessica Stender, SBC No. 270025
CENTRO DE LOS DERECHOS DEL
MIGRANTE, INC.
Nuevo León 159, Interior 101
Col. Condesa, Del. Cuauhtémoc
México, DF, C.P. 06100 MÉXICO
Telephone: 1-855-234-9699
Facsimile: (011-52-55) 5212-2360

**Attorneys for Plaintiffs**

| | |
|---|---|
| Rhonda Nelson, SBC No. 116043 | R. Wayne Pierce |
| Danielle Ellis-Andrews, SBC No. 226581 | THE PIERCE LAW FIRM, LLC |
| SEVERSON & WERSON | 133 Defense Highway, Suite 106 |
| A Professional Corporation | Annapolis, MD 21401 |
| One Embarcadero Center, Suite 2600 | Telephone: (410) 573-9959 |
| San Francisco, CA 94111 | Facsimile: (410) 573-9956 |
| Telephone: (415) 398-3344 | *(Admitted Pro hac vice)* |
| Facsimile: (415) 956-0439 | |

**Attorneys for Defendant**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE I and JOHN DOE II, | Case No. CV 13-3027-JCS |
| Plaintiffs, | **JOINT NOTICE OF CASE STATUS** |
| v. | |
| BUTLER AMUSEMENTS, INC., | |
| Defendant. | |

**JOINT NOTICE OF CASE STATUS**

Pursuant to the Civil Minute of the Court dated February 20, 2015, the Parties to the above-captioned action file this joint notice of Case Status. On December 20, 2013, by joint stipulation and pursuant to ADR Local Rules 3-5 and 6, the Parties agreed to engage in the Court's ADR mediation program. ADR mediation took place on December 19, 2014 with ADR Mediator Eric Tate. The parties are currently engaged in ongoing settlement negotiations with the assistance of Mediator Tate. Given the ongoing settlement negotiations, the Parties do not request a referral to a Magistrate Judge for a settlement conference at this time.

Dated: March 2, 2015

Respectfully submitted,
Jessica Stender
CENTRO DE LOS DERECHOS DEL MIGRANTE

By:   /s/ Jessica Stender_____
JESSICA STENDER
Attorneys for Plaintiffs

Rhonda Nelson, SBC No. 116043
Danielle Ellis-Andrews, SBC No. 226581
SEVERSON & WERSON
A Professional Corporation

R. Wayne Pierce
THE PIERCE LAW FIRM, LLC
*(Admitted Pro hac vice)*

By:   /s/ R. Wayne Pierce_____
R. Wayne Pierce
THE PIERCE LAW FIRM, LLC
Attorneys for Defendant

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Defendant's counsel.

March 2, 2015                    Jessica Stender
                                 CENTRO DE LOS DERECHOS DEL MIGRANTE

                        By:    /s/ Jessica Stender_____
                               JESSICA STENDER
                               Attorneys for Plaintiffs