Jessica Stender, SBC No. 270025
CENTRO DE LOS DERECHOS DEL
MIGRANTE, INC.
Nuevo León 159, Interior 101
Col. Condesa, Del. Cuauhtémoc
México, DF, C.P. 06100 MÉXICO
Telephone: 1-855-234-9699
Facsimile: (011-52-55) 5212-2360

**Attorneys for Plaintiffs**

Rhonda Nelson, SBC No. 116043
Danielle Ellis-Andrews, SBC No. 226581
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

R. Wayne Pierce
THE PIERCE LAW FIRM, LLC
133 Defense Highway, Suite 106
Annapolis, MD 21401
Telephone: (410) 573-9959
Facsimile: (410) 573-9956
*(Admitted Pro hac vice)*

**Attorneys for Defendant**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE I and JOHN DOE II,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BUTLER AMUSEMENTS, INC.,<br><br>　　　　　　Defendant. | Case No. CV 13-3027-JCS<br><br>**JOINT NOTICE OF STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

**JOINT NOTICE OF STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs John Doe I and John Doe II and Defendant Butler Amusements, Inc. hereby stipulate that this action and all claims Plaintiffs have asserted against Defendant in this action are hereby dismissed with prejudice.

IT IS SO STIPULATED.

Dated: June 3, 2015               Respectfully submitted,
                                  Jessica Stender
                                  CENTRO DE LOS DERECHOS DEL MIGRANTE

                         By:      /s/ Jessica Stender_____
                                  JESSICA STENDER
                                  Attorneys for Plaintiffs

                                  Rhonda Nelson, SBC No. 116043
                                  Danielle Ellis-Andrews, SBC No. 226581
                                  SEVERSON & WERSON
                                  A Professional Corporation

                                  R. Wayne Pierce
                                  THE PIERCE LAW FIRM, LLC
                                  *(Admitted Pro hac vice)*

                         By:      /s/ R. Wayne Pierce_____
                                  R. Wayne Pierce
                                  THE PIERCE LAW FIRM, LLC
                                  Attorneys for Defendant

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Defendant's counsel.

June 3, 2015                                            Jessica Stender
                                                        CENTRO DE LOS DERECHOS DEL MIGRANTE

                                    By:     /s/ Jessica Stender_____
                                            JESSICA STENDER
                                            Attorneys for Plaintiffs

The Court, having considered the stipulation of the parties and good cause appearing therefor, hereby orders that this action is dismissed with prejudice pursuant to FRCP 41(a)(1)(A).

IT IS SO ORDERED.

Dated: _____     _____
Honorable JOSEPH C. SPERO
United States Magistrate Judge
Northern District of California.